IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:16-CR-68 |
| HALIL FALYALI, | |
| and | |
| HUSNU FALYALI, | |
| Defendants. | |

MOTION TO DISMISS INDICTMENT AND
VACATE ARREST WARRANTS

The United States of America, by and through its attorneys, Jessica D. Aber, United

States Attorney for the Eastern District of Virginia, and Michael P. Ben'Ary, Assistant

United States Attorney, pursuant to Rule 48 of the Federal Rules of Criminal Procedure,

hereby moves this Honorable Court to dismiss, without prejudice, the Indictment and vacate

the pending Arrest Warrants in the above-captioned case, only as to defendants HALIL

FALYALI and HUSNU FALYALI.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____/s/_____
Michael P. Ben'Ary
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone:  (703) 299-3700
Fax:  (703) 299-3981
Michael.Benary@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 15, 2022, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system, which automatically generated a Notice of Electronic

Filing (NEF) to any counsel of record.

         /s/
_____

Michael P. Ben'Ary
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone:  (703) 299-3700
Fax:  (703) 299-3981
Michael.Benary@usdoj.gov