IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

    v.                                                      Case No. 1:16-CR-68

HALIL FALYALI,

    and

HUSNU FALYALI,

    Defendants.

## O R D E R

Upon Motion of the United States to dismiss the Indictment and vacate the pending Arrest Warrants in the above-captioned case, as to defendants HALIL FALYALI and HUSNU FALYALI, it is hereby ORDERED, that the Indictment against HALIL FALYALI and HUSNU FALYALI in the above-captioned case is dismissed, without prejudice, and the Arrest Warrants vacated as to defendants HALIL FALYALI and HUSNU FALYALI.

                                                            _____
                                                            The Honorable Liam O'Grady
                                                            UNITED STATES DISTRICT JUDGE

Alexandria, Virginia

Date: _____